# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Charles Leon Lamb,

    Plaintiff,                 JUDGMENT IN A CIVIL CASE

vs.                              3:11-cv-544

USA,

    Defendant.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 10, 2012 Order.

                                          Signed: September 10, 2012

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court