# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Charles Leon Lamb,

    Plaintiff,

vs.

USA,

    Defendant.

JUDGMENT IN A CIVIL CASE

3:11-cv-544

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 10, 2012 Order.

Signed: September 10, 2012

Frank G. Johns, Clerk
United States District Court